UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER A. SHAFER,<br><br>Plaintiff,<br><br>vs.<br><br>C R BARD INCORPORATED, BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>Defendants. | NO. 2:20-cv-01056-RSM<br><br>ORDER GRANTING JOINT MOTION TO MODIFY THE FRCP 26(a)(2) DEADLINE |

THE COURT having considered the Parties' Joint Motion to Modify the FRCP 26(a)(2) Deadline,

IT IS ORDERED that Parties' Joint Motion to Modify the FRCP 26(a)(2) Deadline is SO GRANTED that the deadline for the Parties to serve FRCP 26(a)(2) disclosures is now May 24, 2021.

DATED this 5th day of May, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE