The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER A. SHAFER,<br><br>Plaintiff,<br><br>vs.<br><br>C R BARD INCORPORATED, BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>Defendants. | NO. 2:20-cv-01056-RSM<br><br>ORDER GRANTING PLAINTIFF'S AMENDED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

THE COURT, having considered Plaintiff's Amended Motion to Extend Time to Respond to Defendants' Motion for Summary Judgment, is of the opinion that the Amended Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Amended Motion to Extend Time to Respond to Defendants' Motion for Summary Judgment is hereby GRANTED, and that Plaintiff's response is now due on or before August 30, 2021.

DATED THIS 27th day of August, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE