The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER A. SHAFER,<br><br>Plaintiff,<br><br>vs.<br><br>C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>Defendants. | NO. 2:20-CV-01056-RSM<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM EXISTING PRETRIAL DEADLINES AND TO AMEND THE SAME<br><br>**Clerk's Action Required**<br><br>**Note on Motion Calendar:**<br>**August 27, 2021** |

THE COURT having considered Defendants' Motion for Relief from Existing Pretrial Deadlines and to Amend the Same, and the pleadings on file herein,

IT IS ORDERED that Defendants C. R. Bard, Incorporated and Bard Peripheral Vascular Incorporated's motion is GRANTED.

IT IS FURTHER ORDERED that trial will remain scheduled for November 1, 2021. The pretrial deadlines are amended as follows:

ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM EXISTING PRETRIAL DEADLINES AND TO AMEND THE SAME - NO. 2:20-CV-01056-RSM

Shafer C20-1056 order grant relief ddls/082721 1151/8284-0035

- 1 -

Betts Patterson Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

| Deadline | Amended Date |
|---|---|
| Motions *in Limine* | September 6, 2021 |
| Responses to Motions *in Limine* | September 15, 2021 |
| Replies to Motions *in Limine* | September 17, 2021 |
| Notice of Motions *in Limine* with Significant Impact on Number of Evidentiary Disputes | September 17, 2021 |
| Plaintiff's Pretrial Statement | September 20, 2021 |
| Defendant's Pretrial Statement | September 30, 2021 |
| Conference of Attorneys | October 12, 2021 |
| Pretrial Order (including final exhibit lists and deposition designations) | October 20, 2021 |
| Trial Briefs | October 25, 2021 |
| Proposed Voir Dire Question | October 25, 2021 |
| Proposed Jury Instructions | October 25, 2021 |
| Pretrial Conference at 10:00 a.m. | October 28, 2021 |
| Trial | November 1, 2021 |

DONE this 27th day of August, 2021.

*/s/ Ricardo S. Martinez*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANTS'
MOTION FOR RELIEF FROM EXISTING
PRETRIAL DEADLINES AND TO          - 2 -
AMEND THE SAME - NO. 2:20-CV-
01056-RSM

Shafer C20-1056 order grant relief ddls/082721 1151/8284-0035

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

## CERTIFICATE OF SERVICE

I, Natasha A. Khachatourians, hereby certify that on August 27, 2021, I electronically filed the following:

- **[Proposed] Order Granting Defendants' Motion for Relief from Existing Pretrial Deadlines and to Amend the Same; and**

- **Certificate of Service.**

with the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel for Plaintiff Christopher A. Shafer*
Ben C. Martin
Law Offices of Ben C. Martin
3710 Rawlins St Ste 1230
Dallas, TX 75219

*Counsel for Plaintiff Christopher A. Shafer*
Maria S. Diamond
Diamond Massong PLLC
1411 4th Ave Ste 765
Seattle, WA 98101

DATED this 19th day of August 2021.

BETTS, PATTERSON & MINES P.S.

By  /s Natasha A. Khachatourians
    Natasha A. Khachatourians, WSBA #42685
Attorney for Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.

ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM EXISTING PRETRIAL DEADLINES AND TO AMEND THE SAME - NO. 2:20-CV-01056-RSM       - 3 -

Shafer C20-1056 order grant relief ddls/082721 1151/8284-0035

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988