UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER A. SHAFER, <br><br> Plaintiff, <br><br> v. <br><br> C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., <br><br> Defendants. | Case No. C20-1056RSM <br><br> ORDER DENYING MOTION FOR OVER-LENGTH BRIEFING |

This matter comes before the Court on Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.'s Motion to file over-length briefing for its upcoming motions in limine filing. Dkt. #53. Defendants request "seven additional pages for a total brief length not to exceed twenty-five pages," arguing that, based on prior experience in trials involving this subject matter, they believe these additional pages "are necessary to fully advise the Court on the evidence that is not relevant or otherwise admissible in this trial." *Id.* at 1. Defendants provide no further detail.

"Motions seeking approval to file an over-length motion or brief are disfavored." LCR 7(f). Many cases come before this Court involving complex and technical subjects and the parties manage to file motions in limine within applicable page limits. Defendants have failed to

ORDER DENYING MOTION FOR OVER-LENGTH BRIEFING - 1

adequately explain to the Court how the situation here is different, or why additional pages are necessary.

Having reviewed Defendants' Motion and the remainder of the record, the Court hereby finds and ORDERS that Defendants' Motion for Over-length Briefing, Dkt. #53, is DENIED.

DATED this 3rd day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE